# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>NATHAN WAYNE ENTREKIN<br>*Defendant* | ) Case: 1:21-mj-00526<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 7/14/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nathan Wayne Entrekin ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(C)(i), (D), (G)—Violent Entry and Disorderly Conduct on Capitol Grounds

2021.07.14
12:30:06
-04'00'

Date: July 14, 2021

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/14/2021 , and the person was arrested on *(date)* 7/15/2021
at *(city and state)* Cottonwood, Arizona .

Date: 7/15/2021

*Arresting officer's signature*

TREVOR CULBERT SPECIAL AGENT FBI
*Printed name and title*