UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Crim. No. 21-686 (FYP)** |
| | ) | |
| **NATHAN WAYNE ENTREKIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ASSIGNMENT**

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below.   Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


___/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500
Dani_Jahn@fd.org