IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-CR-686 (FYP) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| NATHAN WAYNE ENTREKIN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Nathan Wayne Entrekin, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the United States Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

*N.E.*

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. Considering the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*Nathan Wayne Entrekin's Participation in the Capitol Riot on January 6, 2021*

8.      The defendant, Nathan Wayne Entrekin, lives in Yavapai County, Arizona. Prior to January 6, 2021, he traveled by himself from Arizona to Washington, D.C. The purpose of the defendant's travel to Washington, D.C., was to protest Congress' certification of the Electoral College

9.      In the early afternoon of January 6, 2021, Entrekin entered the Capitol Grounds, a restricted area, on the west side of the Capitol. Entrekin walked up a set of steps on the west side of the Capitol near the temporary scaffolding that made up the inaugural stage, and into a plaza on the northwest side of the Capitol. The crowd breached a fire door that is near the Senate Parliamentarian's Office by breaking out the glass and assaulting USCP officers at approximately 2:42 PM. At approximately 2:57 PM, Entrekin entered the Capitol.

10. While inside the Capitol, Entrekin filmed videos and walked through the crowd. Entrekin also entered the Senate Parliamentarian's Office before a push from law enforcement officers forced Entrekin and many of his fellow rioters out the same fire door Entrekin had used to enter the Capitol. Entrekin exited the Capitol for the first time at approximately 3:01 PM.

11. Entrekin then spent approximately six minutes in the northwest plaza taking pictures and recording videos until he decided to reenter the Capitol via a door that leads to a first floor, north-south running hallway in the Senate Wing (commonly referred to as the Senate Wing Door) at approximately 3:07 PM.

12. Entrekin then walked around the first floor of the Capitol, joining in chants of U-S-A and OUR HOUSE. Entrekin made his way to the Crypt—stopping to poke his head into at least two offices/conference rooms—returning to the Senate Wing Door. Entrekin exited the Capitol for the second time at approximately 3:16 PM. On January 6, 2021, at the time he breached the Capitol, Entrekin was wearing a costume and carrying a homemade flag with handwritten text on it. Entrekin claimed to be dressed up as a religious figure from the Church of Jesus Christ of Latter-day Saints scripture named Captain Moroni.

13. Entrekin knew that both times he entered the Capitol he did not have permission to enter or remain inside of the Capitol. While inside the Capitol, Entrekin paraded, demonstrated, or picketed

[THIS SPACE INTENTIONALLY LEFT BLANK]

14. Agents from the Federal Bureau of Investigation interviewed Entrekin on February 2, 2021. During that interview, Entrekin admitted that he traveled to Washington, D.C. and admitted to entering the Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW W. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Nathan Wayne Entrekin, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/27/2021                    *Nathan Wayne Entrekin*
                                    Nathan Wayne Entrekin
                                    Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/26/21                      *Carlos Vanegas*
                                    Carlos Vanegas
                                    Attorney for Defendant