Dear Judge Pan,

My name is Laura Entrekin. I am Nathan's mother. We have been living together for the last 10 years, so I know him better then anyone. I'm going to get right to the point.

I need Nathan, here. at home with me. He helps me and keeps me safe. He run errands, he picks up groceries, he picks up my meds, he takes the trash out, he gets the mail, he cleans the house, and more. These activities of daily living are things I can no longer do myself, due to health issues. We are not rich, we are living pay check to pay check, so I could not afford to hire anyone to help me

Nathan is the perfect room mate. He is kind, generous, clean & organized. I really don't know what I would do without him. Thank you.

Laura Entretin
4/5/22

April 7, 2022

Honorable Florence Y Pan
United States District Judge
333 Constitution Ave. N W
Washington DC,  20001


Dear Judge Pan,

My name is Wayne Schultz and am a friend of Nathan Entrekin.  I have known him for seven years.  Nathan is a good friend and is always willing to help people.  He is a very gentle person who would never hurt anybody.  When I need help moving things for myself or for others, he is there to serve and is willing to do so!  For instance, when I cleaned up my yard he was there to help.  He has went with me to help clear brush from a neighbor's house.  When he does work with me, he doesn't expect payment but he helps out because he is a good person.  Nathan is a great and loyal friend and I am happy to write this character reference for him.  He is also a deeply spiritual person and loves his country!


Wayne Schultz

*Wayne Schultz*
*April 8, 2022*