Honorable Florence Y. Pan
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Pan,

     I, Nathan Entrekin, the defendant in this case, I'm writing this letter to you in the humble hope of gaining your consideration.  First, I wish to express my gratitude for the time and effort that you've established toward the finalization of my case.  Already, I have a greater appreciation of the scope and volume of work involved in processing the details of the January 6, 2021 event at the U.S. Capitol.  The magnitude and historical significance of this event cannot be understated; moreover, it invokes a deluge of most poignant emotion through the fleeting snippets of my personal memory.  As I plead guilty to the misdemeanor charge of "Parading, Demonstrating, or Picketing in a Capitol Building," my hope is to present to Your Honor a living and breathing human being.  A human being with certain attributes, flaws, and aspirations.  A 49-year old American man who made a few fateful decisions… in a month, in a week, in one epitope of a day.

     I harbor no doubt, in my 'mind of minds,' that January 6th saw civil unrest, disobedience, and quite frankly, illegal violence and destruction, at the Capitol.  For this, I am gravely sorrowful... our forefathers and mothers would have surely chastised us.  But I know, in my 'heart of hearts,' that most of us arrived with a disposition of goodwill, an intention of peaceful purpose, and a profound admiration of the grand setting before us.  Our visit to the Capitol was so awe-inspiring that day, I could never fathom the derangement of mindless carnage and disrespectful acts which would befall it.  Simply put, I and my fellow Americans felt the urge to make our presence known that day, in order to protest the November 3, 2020 election results and, somehow, someway, sway the minds of Congress.  It was in vain.  And I believe that the 'bad actors,' or malicious participants, took it from there - to a level far beyond what we would know to be civilly-acceptable and socially-responsible.

     Having arrived late to the Trump rally, I followed a large group, and engaged in my 'mini-mission' on the lawn to the west of the Capitol.  Dressed as Captain Moroni, a historical figure of the Book of Mormon (of the Church of Jesus Christ of Latter-DaySaints), I set out to teach and inspire my fellow citizens.  Roaming around in this anachronistic garb, I wished to convey the thrilling story of a 2000-year-old battle for freedom in an ancient American society.  It involved a leader (Moroni) and his group of 'freemen' and their struggle against another group, the 'kingmen.'

The kingmen sought to overthrow the existing government (with its institution of judges) and replace it with a king.  Captain Moroni and his people knew that these conniving men were power-hungry and would cause great trouble, if given the chance.  As the atrocity grew closer to reality, Captain Moroni needed to inspire his people to action; ultimately, he did so by transforming his coat into a flag that would be known as the 'Title of Liberty' all throughout the land.  It read: "In memory of our God, our religion, and freedom, and our peace, our wives, and our children."  This happened long before our forefathers and mothers brought together our nation back in 1776.  The challenge for me was to illustrate the analogous nature of the Moroni story to our present day, in such an enormous and energetic crowd.

    I was soon caught up in the myriad feelings and opinions of my fellows.  Some patriotic.  Some emboldened.  Some somber.  Some subdued.  Some cynical.  Some quite restless and rowdy.  I cannot recall when, but we caught word that our United States representatives and other leaders had left the Capitol.  Indubitably, as the ranks of the police forces seemed to dwindle and disappear, and as more people moved up along the stairs, there was a curious sentiment in the air, "Have we come this far just to leave and not enter the great Capitol building?  Look, the doors are open now!"  Dressed as I was, one might find an argument for my entering simply as a way to warm up from the chilly weather.  As zealous as a college student attempting to set foot on the winning field at a sports stadium, we poured into the sacred Capitol... most of us were distracted by sheer adrenaline or bewildered by the ease of entry.  The violent ones had already made their mark and now it was, for lack of better words, a 'free-for-all' for the rest of the crowd.  Even now, I struggle to come to terms with the evidence of such sheer violence... chiefly, in the media's compelling video compilations.  As I and others leisurely strolled through to the end of the hallway, taking pictures, we arrived at a lineup of police, their arms calmly folded - waiting.  There was word that some police officers allowed folks to enter, but this was unconfirmed.  Immediately, I felt the need to exit, and did so as soon as possible.  I never had any desire to contend with law enforcement, especially in the way by which I would later learn had occurred.

    Inevitably learning more of the details of January 6, 2021, I pondered my inexcusable participation inside the Capitol building.  If only I had stayed out!  I am indeed sorry for the entry I made under the circumstances at that time.  My family and friends would agree that I never actively seek to break any laws, especially now in my maturing years.  It's true that my road took a few bumps to get here, after age 18, but I've also grown up a lot since then.  My human nature tends toward lawful obedience and kindness to others.  It is easy, it seems, for people to find fault in a man, and make that the primary focus.  However, over 49 years of life, I have been able to overcome many hurdles and to give back to my community.  I hope to give back more.  As a dedicated K-12 substitute teacher from 2003-2006, and beyond, I've had the opportunity to inspire and lead children of many backgrounds.  I have enjoyed developing positive life experiences with students, staff, and faculty across the state of Arizona.

I prefer a humanistic approach that invites many onto the path of life-long learning; likewise, I've practiced tenets of authentic learning and inclusivism in the classroom.  It can also be noted that, throughout my past, I've done my best to resolve any and all incidents with the law.

     I have overcome challenges in my family, such as the abrupt suicide of my beloved brother Paul in June 2005.  I'm faithful, as a God-fearing Christian, that he exists now in a much-improved state, with family and friends who continually support him in that realm.  I truly have faith and trust in my Lord Jesus Christ that, when we strive to do what is right and repent of our sins, we can gain the Almighty favor of God.  In my church, I have served in various capacities - helping and visiting the elderly and those sick in the hospital; working at food banks; donating blood and plasma for those in need; delivering goods and money to the poor.  I delight in helping the needy… it always strengthens my heart and soul.  I understand that, as my judge, Your Honor weighs past actions with present.  I hope that the life I live, outside of one or two unfortunate mishaps, may more positively influence the pendulum of judgment.  Time is, after all, a great healer.  I think of the future and my desire, ultimately, to marry and have children of my own, and be in my own home.  Time will tell.  I have reflected upon my January 6th experience for over a year now, and my respect for, and duty to, federal law is fundamentally renewed.  In light of the people's practice of our First Amendment to petition the government for a redress of grievances, we must also shine a higher light upon peace, virtue, and restraint, anywhere we may be, and at all times.

     With reverence, I submit to Your Honor and our nation, my deepest regret and apologies for the tragic violence, destruction, injuries, and lawlessness of January 6, 2021 at the United States Capitol building.  My going about inside this consecrated edifice was unbecoming of the ancient character I had hoped to personally portray.  The good example I had planned to uphold was, as a result, diminished, compromised, and sabotaged.  If time could return me to the green grass of the large lawn to the west, beyond all barricades and steps, that should be the place I'd have stayed.  In this, my spiritual abasement and solemn perspective, I patiently await the decision of Your Honor toward my final sentencing with contemplative optimism.  I am thankful for the consideration of this letter.

Signed respectively,

*Nathan Entrekin*

Nathan Entrekin
Tuesday, April 5, 2022