UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-686 (FYP) |
| v. | : | |
| | : | |
| NATHAN WAYNE ENTREKIN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of the government's sentencing memorandum (ECF No. 28). This video will be provided to the Court and all counsel via a secure filesharing platform. Due to the length of some videos, the government recommends that the Court and Counsel review them prior to the hearing so that the government may incorporate them by reference at the hearing. Should the Court or Counsel so request, however, the government will be ready to show any video in its entirety at the hearing.

The government has no objection to the public release of these videos.

### GOV'T EXHIBIT 01

| | |
|---|---|
| *Type:* | Video |
| *File Type:* | .mp4 |
| *Length:* | 18 min 19 sec |
| *Source:* | Videos provided to federal agents by Entrekin that he recorded and narrated. |
| *Description:* | The single video is a compilation of nine videos of varying length that Entrekin recorded and narrated. The narration appears to be at times for his mother and at other times stream of consciousness. The government's transcription of Entrekin's statements as well as notable screenshots may be found in the government's sentencing memorandum. ECF No. 28, pp. 7-24. |

**GOV'T EXHIBIT 02**

*Type:*     Video
*File Type:*   .mp4
*Length:*    0 min 41 seconds
*Source:*    Video recovered from cellphone of separately charged Capitol Siege defendant
*Description:* Rioters are chanting and yelling, "Freedom!", several loud bangs can be heard, and smoke can be seen rising from various points. At approximately 00:00:35, Entrekin appears in this video. He is smiling, can be seen holding his Title of Liberty high above the crowd, and he is pressing forward towards the Capitol and the engorging maelstrom that surrounds it.

**GOV'T EXHIBIT 03**

*Type:*     Video
*File Type:*   .mp4
*Length:*    2 min 16 seconds
*Source:*    YouTube (Mother American Night)
*Description:* This is an interview that Entrekin gave to an individual while on restricted grounds of the Capitol. The government's transcription of the interview can be found in ECF No. 1-1, pp. 3-4. Notably—while dressed as Captain Moroni—Entrekin stated,

> Captain Moroni ripped his coat, and he wrote this message right here. And if I can get it open, it says [ . . . ]: In memory of our God, and our religion, and our freedom, and our peace, our wives, and our children. And it was called the Title of Liberty, and he held it up high when he fought against the King-Men, **and they slayed the King-Men**.

*Id. at 4* (emphasis added). As of the filing of this Notice, the interview can still be found online at
https://www.youtube.com/watch?v=k5tUC4S3Reo&t=1613s.

**GOV'T EXHIBIT 04**

*Type:*       Video
*File Type:*  .mp4
*Length:*     3 min 36 sec
*Source:*     YouTube
*Description:* Entrekin can be seen watching and smiling as a group of rioters pile and destroy media equipment. Entrekin is seen at various points in the lower-right corner of the video.

At approximately 00:01:24, the video transitions to a second YouTube clip where Entrekin is seen at the same piling and destruction of media equipment while other rioters shout:
- Peaceful fire!
- Let's go storm the Supreme Court!
- Yeah, don't set it on fire, but hey let's break it up and start selling the pieces!
- Guys! A ton of these would make great gun cases!
- [referring to the destruction of the media equipment] That was art!

**GOV'T EXHIBIT 05**

*Type:*       Video
*File Type:*  .mp4
*Length:*     5 min 45 sec
*Source:*     Open-source intelligence (OSINT)
*Description:* A DLive user publicly streamed for approximately one hour and five minutes while on restricted grounds of the Capitol, moving from the NW Plaza area of the Capitol, going around the North Terrace, spending some time participating in the destruction and looting of media equipment, then finishing on the East Front. GOV'T EXHIBIT 05 only includes portions relevant to Entrekin.

As of this filing, the full Dlive video stream is available at: https://jan6evidence.com/#/e/PwINdcnhcsbk.

**GOV'T EXHIBIT 06**

*Type:* Video
*File Type:* .mp4
*Length:* 1 min 02 sec
*Source:* Video uploaded to Twitter
*Description:* As evening arrives, Entrekin is still on restricted grounds and gives another interview. In the interview, Entrekin again emphasizes that this is about a "freedom fight," how Captain Moroni and the Freemen fought against the Kingmen, how he is for Trump, and how he is for "making sure that everything is done correctly as far as the elections and everything."

For additional background on Captain Moroni and how Entrekin viewed his cosplaying as Captain Moroni while participating in the siege of the U.S. Capitol, see ECF No. 1-1, pp. 2-7.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *[signature]*

SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656