

# United States District Court
## District of Arizona
### Probation Office
# MEMORANDUM

| | |
|---|---|
| **Date:** | October 12, 2023 |
| **To:** | The Honorable Florence Y. Pan<br>U.S. District Judge |
| **From:** | Chelsea A. Opper<br>U.S. Probation Officer |
| **Re:** | Nathan Wayne Entrekin<br>District of Columbia Case No.: CR-21-00686-001-FYP<br>**RESPONSE TO EARLY TERMINATION REQUEST** |

**Court History**

On May 6, 2022, Nathan Wayne Entrekin appeared before Your Honor for sentencing after having pled guilty to Count Five (5) of the Information charging Parading, Demonstrating, or Picketing in a Capitol Building, a Class B Misdemeanor offense. He was sentenced to 45 days imprisonment and a three (3) year term of probation. On July 29, 2022, his probation term commenced, and is scheduled to expire on July 28, 2025.

**Adjustment to Supervision**

Since the onset of supervision, Entrekin has resided with his mother. Initially, Entrekin returned to their Cottonwood, Arizona home; however, in September 2023, he and his mother relocated to the Phoenix area due to rising costs. Overall, Entrekin has complied with the supervision conditions imposed by the Court. He successfully completed mental health treatment through Spectrum Healthcare, completed the required 60 hours of community service, and the Court ordered financial obligations have been paid in full. It is further noted, all mandatory drug tests have returned negative results for the presence of illicit substances. Entrekin is employed through Uber, as a delivery driver, and has maintained this position of employment throughout the supervision term.

**Statutory Considerations**

This officer considered 18 U.S.C. §3583(e)(1), as well as criteria established by the Judicial Conference, to assess if the person under supervision meets the minimum requirements whether a person on supervision should be recommended for early termination. These include: *(1) stable community reintegration (e.g., residence, family, employment); (2) progressive strides toward supervision objectives and in compliance with all conditions of supervision; (3) no aggravated role in the offense of conviction, particularly large drug or fraud offenses; (4) no history of violence; (5) no recent arrests or convictions; (6) no recent evidence of alcohol or drug abuse; (7) no recent psychiatric episodes; (8) no identifiable risk to the safety of any identifiable victim; and (9) no identifiable risk to public safety.*

Entrekin appears to have maintained stable employment throughout supervision. However, he and his mother recently relocated to the Phoenix area and additional time may be needed to assess his transition and stability in this new environment. As noted above, Entrekin has completed the special

ENTREKIN, Nathan Wayne
RESPONSE TO EARLY TERMINATION REQUEST
Page **2**

conditions as ordered by the Court and overall has complied with his conditions of supervision. He was not identified as having an aggravating role in the instant offense of conviction, although images of Entrekin were widespread throughout the media.

Although the above is noted, one area of concern remains, Entrekin does have an identified history of violent behavior. On June 18, 2015, Entrekin pleaded guilty in Mesa Municipal Court Case No. 2015032466, to Threatening and Intimidating (two counts) and Disorderly Conduct. Details of the offense conduct include law enforcement responded to the residence of Laura Entrekin following the report of Entrekin in possession of a firearm. Ms. Entrekin observed him yelling obscenities and pacing in the front yard of the residence. Ms. Entrekin exited the residence and told him to stop, he subsequently accused the neighbors of reading his mind. Ms. Entrekin contacted law enforcement when she was unable to calm him down. When on the call with law enforcement, Entrekin was heard stating "If you call the police I will f*** kill you." When interviewed by police, Ms. Entrekin described violent episodes by Entrekin; however, she admitted reporting he had a firearm to have police respond faster. Although Ms. Entrekin denied seeing Entrekin with a firearm, officers did locate ammunition for a handgun in a backpack. It is noted, a firearm was not recovered.

In a subsequent interview with police, Entrekin denied possessing a handgun, but did admit to owning a hunting rifle that was kept in a storage locker. He admitted to threatening to kill his neighbors and noted he should be remorseful. He explained the threats were a result of the electronic surveillance they performed on him.

Entrekin does not have any recent arrests nor convictions. His last arrest and conviction occurred in the court proceedings in the underlying federal offense. Additionally, there is no indication of any recent alcohol nor substance abuse. All substance abuse tests submitted by Entrekin have returned negative results for the presence of illicit substances. On October 4, 2023, a home contact was conducted. Entrekin submitted to a drug test which revealed negative results for illicit substances.

There has been no evidence of any psychiatric episodes. To the contrary, Entrekin was successfully discharged from Spectrum Healthcare after completing mental health programming.

Due to the nature of the offense of conviction, there is no direct risk to an identified victim. However, there has been some conduct exhibited by Entrekin that is concerning. It appears Entrekin has continued to engage in questionable behaviors on his social media accounts, posting pictures and content that does not support the last statutory consideration for early termination. Entrekin continues to post pictures of himself dressed as Captain Moroni as well as messages and responses to political figures regarding the upcoming election. These actions are concerning and are not indicative of someone who has realized the harm caused by his past words and deeds. When measured with the scope and circumstances of the upcoming 2024 election, it is plausible to believe he may pose a potential risk of harm to the community.

**Recommendation**
For the above-mentioned reasons, the Probation Office is not in support of Entrekin's motion for early termination of supervision at this time. He recently relocated to the Phoenix area, and additional time is needed to ensure the transition does not disrupt his stability. On a larger scale, his

ENTREKIN, Nathan Wayne
RESPONSE TO EARLY TERMINATION REQUEST
Page **3**

continued online presence and actions are concerning given the nature and circumstances of the underlying offense and his involvement in the political unrest in the 2020 election.

Submitted by:

_Chelsea A Opper_ (signature)　　　　　　　　10/12/2023
Chelsea A. Opper　　　　　　　　　　　　　　Date
U.S. Probation Officer
Office: 602-322-7427
Cell: 602-478-7307

Reviewed by:

_Patricia A. Romero_ (signature)　　　　　　　10/12/23
/for/Ariel Palafox　　　　　　　　　　　　　　Date
Supervisory U.S. Probation Officer
Office: 602-682-4342
Cell: 602-725-3573